UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

JOHN E. MATTSON                      CASE NUMBER:   05-33897
SSN: xxx-xx-5890                     CHAPTER 13

AMANDA L. MATTSON
SSN: xxx-xx-1473
Debtors

---

### NOTICE TO DIAGNOSTIC IMAGING OF INDIANA THAT $38.00 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Diagnostic Imagining of Indiana, creditor herein, and deposits $38.00 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Diagnostic Imagining of Indiana was:

    P. O. Box 11086
    Fort Wayne, IN 46855

2. That the Trustee's disbursement checks were returned by the postal service, and the Trustee could not find a physical address for the creditor.

3. That the debtors were discharged July 29, 2011, and the case is in the process of closing.

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:                               /s/ Debra L. Miller,
    October 20, 2011                 Debra L. Miller, Trustee
                                     P.O. Box 11550
                                     South Bend, IN 46634
                                     (574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on   October 20, 2011

By U.S. Mail postage prepaid

Debtors: John E. and Amanda L Mattson, 1015 E. Sheridan, Warsaw, IN 46580
Creditor:  Diagnostic Imaging of Indiana, P. O. Box 11086, Fort Wayne, IN 46855

By electronic mail via CM/ECF:
Debtors' Attorney: Tyler S. Haines
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King